UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOBBY WILLIAMS,

    Plaintiff,

  v.

,

    Defendant.

Case No. 15-cv-03634-VC   (PR)

**ORDER OF DISMISSAL**

On August 10, 2015, Bobby Williams, a state prisoner, initiated this action by filing a letter describing the poor medical treatment he was receiving at his prison. On the same date, the Clerk of the Court sent Williams notices that he must file a completed civil rights complaint on the proper form and a completed *in forma pauperis* application (or pay the $400 filing fee) within twenty-eight days or his case would be dismissed and the file closed. The Clerk also mailed Williams copies of the required forms.

More than twenty-eight days have passed and Williams has not filed the required documents or paid the filing fee. He has filed a document entitled, "request to set-aside petition until exhaustion of administrative remedies," stating he will "file to this court under the given case no. CV 15-3634 as soon as my Administrative Remedies have been exhausted." The Court denies this request. However, Williams may file a new case using the Court's civil rights complaint form when he has exhausted his administrative remedies.

This action is dismissed without prejudice for failure to file a completed *in forma pauperis* application and complaint. The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: October 1, 2015

_____
VINCE CHHABRIA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAMS,<br><br>            Plaintiff,<br><br>    v.<br><br>,<br><br>            Defendant. | Case No.  15-cv-03634-VC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 1, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Bobby Williams ID: ID: C-33295
San Quentin State Prison
San Quentin, CA 94974

Dated: October 1, 2015

Susan Y. Soong
Clerk, United States District Court

By:_____
Kristen Melen, Deputy Clerk to the
Honorable VINCE CHHABRIA

2